IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02423-CBS

CLINTON W. KYLE;
MARY R. KYLE,
    Plaintiffs,
v.

ANNE ROSALES;
BOYS& GIRLS CLUB;
JENNIFER HARRIS, Western Slope S.O.R.S.;
JOBY TOLD, C.A.S.A.;
HEATHER CANNON;
DOLLIE ROSE, Director of Social Services;
WENDY NALDOLNY;
CHUCK GROBE, Moffat County Commissioners;
JOHN KINCAID, Moffat County Commissioners;
REBECCA TYREE, Attorney for Moffat County;
MICHAEL O'HARA, Colorado District Court Judge;
FRANK MOE, Moffat County Commissioners;
A&S COUNSELING, et al.;
JOHN HICKENLOOPER, Governor of Colorado; and
CYNTHIA H. COFFMAN, Attorney General of Colorado
    Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO
RESTRICT ACCESS TO DOCUMENT NO. 18
_____

Upon consideration of Defendant Cannon's Unopposed Motion to Restrict Access to Document No. 18, IT IS ORDERED that the Motion (Doc. # 19) (filed December 22, 2015) is GRANTED and Doc. # 18 shall remain restricted at Level 1.

DATED at Denver, Colorado this 29th day of December, 2015.

                BY THE COURT:

                _____s/Craig B. Shaffer_____
                United States Magistrate Judge